UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __14-2239__    Caption: __Richard Bell, et al, v. Magnum Land Services, et al__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Enerplus Resources (USA) Corporation__
(name of party/amicus)

who is _____appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Enerplus Resources (USA) Inc.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?   ☑ YES ☐ NO
   If yes, identify entity and nature of interest:

   Although there is no publicly held corporation that holds more than 10% of Enerplus' stock, its parent, Enerplus Resources (USA), Inc., is 100% owned by 3104613 Nova Scotia Ltd., which is 100% owned by Enerplus Corporation, a publicly traded company.

5. Is party a trade association? (amici curiae do not complete this question)   ☐ YES ☑ NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?   ☐ YES ☑ NO
   If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Richard D. Owen                      Date: December 2, 2014

Counsel for: Enerplus Resources (USA) Corp.

## CERTIFICATE OF SERVICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on December 2, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jeffrey Rokisky, Esq. (Registered)
William J. Leon, Esq. (Registered)
Daniel L. McCune, Esq. (Not Registered)
Sellitti, Nogay & McCune, PLLC
P.O. Box 3095
Weirton, West Virginia 26062
   Counsel for Plaintiffs

Amy M. Smith, Esq. (Registered)
   Counsel for Magnum Land Services

/s/ Richard D. Owen                                 December 2, 2014
   (signature)                                         (date)

- 2 -